# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LARRY ANDREW PIATEK,

        Plaintiff,         Case No. 06-C-73

        v.

JOHN DELANEY and
SECURITY GUARD WILKE,

        Defendants.

## OPINION AND ORDER

Plaintiff Larry Andrew Piatek and Defendants John Delaney and Security Guard Wilke have stipulated to the dismissal of all claims raised in this action. Therefore, the court ORDERS that the Complaint and this action are dismissed without costs or attorney fees taxed against any party. See Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a final judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff Larry Andrew Piatek and Defendants John Delaney and Security Guard Wilke having stipulated to the dismissal of all claims raised in this action which was brought before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the court having dismissed the Complaint,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed with prejudice and without costs or attorney fees taxed to any party.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 31st day of March, 2006.

<pre>
                            s/ Thomas J. Curran
                            Thomas J. Curran
                            United States District Judge
</pre>